Shelline K. Bennett, Bar No. 164759

sbennett@lcwlegal.com
Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA  93711

Telephone:     (559) 256-7800
Facsimile:     (559) 449-4535
E-mail:              jmaddox@lcwlegal.com

Attorneys for Defendants
JEFF DODDS, JACK DODDS, JR., JIM DODDS,
and DONALD JENSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GARD, an individual; and CHRISTY GARD, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF DODDS, an individual and doing business as Tulare Mini Storage; JACK DODDS. JR., an individual and doing business as Tulare Mini Storage; JIM DODDS, an individual and doing business as Tulare Mini Storage; DONALD JENSEN, an individual and doing business as Tulare Mini Storage; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  1:07-cv-01158 AWI/SMS<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be dismissed with prejudice pursuant to *Federal Rules of Civil Procedure*, *Rule 41(a)(1)*, each party to bear its own costs and attorneys' fees.

**ORDER**

The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.   Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer

orof a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice. Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986). Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal. Fed. R. Civ. Pro. 41(a)(1)(ii); Eitel, 782 F.2d at 1473 n.4. Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated. See Fed. R. Civ. Pro. 41(a)(1)(ii); In re Wolf, 842 F.2d at 466; Gardiner, 747 F.2d at 1189; see also Gambale, 377 F.3d at 139; Commercial Space Mgmt, 193 F.3d at 1077; cf. Wilson, 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii) Stipulation For Dismissal With Prejudice.


IT IS SO ORDERED.

**Dated:    January 4, 2008**                              _____/s/ Anthony W. Ishii_____
                                                                   UNITED STATES DISTRICT JUDGE